[No. 11989-1-III.   Division Three.   January 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL C. PIMENTEL, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00274-0, Fred R. Staples, J., entered October 25, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 12142-9-III.   Division Three.   January 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK B. UNCK, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-1-00176-7, Michael E. Cooper, J., entered December 9, 1991. *Affirmed* by unpublished opinion per Staples, J. Pro Tem., concurred in by Thompson, C.J., and Munson, J.

[No. 15060-3-II.   Division Two.   January 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-04876-6, Frederick B. Hayes, J., entered June 4, 1991. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Houghton, J.